Jan 16 2015 4:13PM    DOUGLAS J KAPPMEYER              18303034245                    p. 1

ACCEPTED
04-14-00756-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/21/2015 10:51:06 AM
KEITH HOTTLE
CLERK

Cause No. CCL-14-0533

STATE OF TEXAS                    §    IN THE COUNTY COURT

vs.                              §
                                 §    AT LAW NO. 2
COURVEN THOMAS                    §
                                 §    GUADALUPE COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/21/2015 10:51:06 AM
KEITH E. HOTTLE
Clerk

ORDER

On _____11-14_____, 2014, came on to be considered Douglas J. Kappmeyer Motion to Withdraw as Counsel, and said motion is hereby

(Granted) / (Denied)

_____
JUDGE PRESIDING

Approved to form only:

The Law Offices of Douglas J. Kappmeyer
105 E. GOnzales St. Ste 201
Seguin, TX 78155
PH: (210) 224-9100
Fax: (210) 224-9101

BY: _____
The Law Offices of Douglas J. Kappmeyer
SBN: 24049004

SCANNED   NOV 14 2014
          JAN 16 2015